UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NEHME JAAFAR and FATIME JAAFAR,    :
        Plaintiffs,    :
    :    **ORDER**
v.    :
    :    17 CV 9262 (VB)
UNITED STATES OF AMERICA,    :
        Defendant.    :
-------------------------------------------------------------x

The Court has been advised that the parties have settled this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 4, 2020.  To be clear, any application to restore the action must be filed by August 4, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All scheduled conferences or other scheduled court appearances, including the conference scheduled for July 2, 2020, are cancelled.  Any pending motions are moot.

The Clerk is instructed to terminate the letter-motion (Doc. #63) and close this case.

Dated: June 4, 2020
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge